IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| **STEVEN WAYNE THOMPSON,** | ) | Civil Action No. 7:14-cv-00293 |
| Plaintiff, | ) | |
| | ) | **MEMORANDUM OPINION** |
| v. | ) | |
| | ) | By: Michael F. Urbanski |
| **C/O R.D. ROBBINS, et al.,** | ) | United States District Judge |
| Defendant(s). | ) | |

Steven Wayne Thompson, proceeding pro se, filed a civil rights complaint, pursuant to 42 U.S.C. § 1983. By Order entered June 9, 2014, the court directed plaintiff to submit within 10 days from the date of the Order an inmate account form, and a certified copy of plaintiff's trust fund account statement for the six-month period immediately preceding the filing of the complaint, obtained from the appropriate prison official of each prison at which plaintiff is or was. Plaintiff was advised that a failure to comply would result in dismissal of this action without prejudice.

On June 20, 2014 plaintiff filed a motion for an extension of time to submit the required paperwork. On June 20, 2014 an Order was entered granting the motion for extension time giving plaintiff fourteen days to comply. More than 10 days have elapsed, and plaintiff has failed to comply with the described conditions. Specifically, plaintiff has failed to provide a certified copy of plaintiff's trust fund account for the six month period immediately preceding the filing of the complaint. Accordingly, the court dismisses the action without prejudice and strikes the case from the active docket of the court. Plaintiff may refile the claims in a separate action once plaintiff is prepared to comply with the noted conditions.

The Clerk is directed to send a copy of this Memorandum Opinion and accompanying Order to plaintiff.

Entered: July 18, 2014

/s/ Michael F. Urbanski

Michael F. Urbanski
United States District Judge